UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Victor M. Perez Bermudez, et al.,
    Plaintiffs,
        v.
Hector Rivera Lopez, et al.,
    Defendants.

CASE NUMBER: 97-2049 (HL)

| MOTION |
|---|
| Date Filed: 8/24/99   Docket #35, 36   [x] Plffs  [] Defts
Title: Motion for a Trial Setting
Opp'n Filed:   Docket # |
| ORDER |
| Denied pending resolution of Defendants' Motion for Summary Judgment. |

Date 1-19-00    HECTOR M. LAFFITTE
               Chief U.S. District Judge


