# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 AUG 25 AM 10: 19
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

VICTOR M. PEREZ BERMUDEZ, ET AL

**Plaintiff(s)**

v.         CIVIL NUMBER: 97-2049 (JAG)

HECTOR LOPEZ RIVERA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/12/00<br>**Title:** Notice and Motion; Opposition to Notice and Motion<br>**Docket:** #44 & 45<br>[x] Plffs   [x] Defts   [ ] Other | **DENIED**, pending resolution of the Motion for Summary Judgment. |
| **Date:** 08/21/00 | JAY A. GARCIA-GREGORY<br>U.S. District Judge |

