# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 OCT -6 AM 8:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

VICTOR M. PEREZ BERMUDEZ, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2049 (JAG)

HECTOR LOPEZ RIVERA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/20/00<br>**Title:** Motion for Setting of Trial<br>**Docket:** 40<br>[x] Plffs   [ ] Defts   [ ] Other | **DENIED**, pending resolution of the Motion for Summary Judgment. |

Date: 10/03/00

JAY A. GARCIA-GREGORY
U.S. District Judge