UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR M. PEREZ BERMUDEZ, ET AL

  Plaintiff(s)

  v.                                            CIVIL NUMBER: 97-2049 (JAG)

HECTOR LOPEZ RIVERA, ET AL

  Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 12/28/00<br>Title: Notice and Motion<br>Docket: 49<br>[x] Plffs    [ ] Defts    [ ] Other | GRANTED. |

Date: January 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

RECEIVED AND FILED
01 JAN 17 AM 8:02