UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR M. PEREZ BERMUDEZ, ET AL

    Plaintiff(s)

        v.                  CIVIL NUMBER: 97-2049 (JAG)

HECTOR LOPEZ RIVERA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/14/00<br>**Title:** Motion to Supplement Motion for Summary Judgment<br>**Docket:** 48<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge