## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

VICTOR M. PEREZ BERMUDEZ, et al

**Plaintiff(s)**

v.                                          CIVIL NO.    97-2049 (JAG)

HECTOR LOPEZ RIVERA, et al

**Defendants**

---

### ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo A. Gelpí for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge