## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 AUG -3 AM 11: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

VICTOR M. PEREZ BERMUDEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2049 (JAG)

HECTOR LOPEZ RIVERA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/24/01<br>**Title:** Notice and Motion<br>**Docket:** 56<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED** as requested. |

Date:  July 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


