IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR M. PEREZ-BERMUDEZ, et als.

    **Plaintiffs**

CIVIL NO. 97-2049(JAG)

v.

HECTOR LOPEZ-RIVERA, et als.

    **Defendants**

---

**ORDER**

Co-defendants Jorge Rivera Rodríguez and Antonia Rivera Franco, filed a motion for summary judgment. (Docket No. 21). The Court referred the pending motion to U.S. Magistrate-Judge Gustavo A. Gelpí for a report and recommendation. (Docket No. 54.) Upon careful review of the magistrate judge's report and recommendation the Court hereby adopts it in its entirety. Accordingly, co-defendants Rivera Rodriguez' and Rivera Franco's motion for summary judgment is **GRANTED**. (Docket No. 21). The case shall proceed only as to co-defendant Hector López Rivera.

Under the provisions of Rule 510.2, Local Rules, District of Puerto Rico, any party who objects to a report and recommendation must file a written objection thereto with the Clerk of the Court within ten (10) days of the party's receipt of this report and

recommendation. Failure to comply with this rule precludes further appellate review. See Thomas v. Am, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111 (1986); Davet v. Maccorone, 973 F.2d 22, 30-31 (1st Cir. 1992). Here, plaintiffs failed to submit written objections to any portion of the report, hence further appellate review is precluded.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of March 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge