CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

2002 MAR 13  AM 9: 18

RECEIVED AND FILED

VICTOR M. PEREZ-BERMUDEZ, et als.

     **Plaintiffs**

     v.

HECTOR LOPEZ-RIVERA, et als.
     **Defendants**

**CIVIL NO.** 97-2049(JAG)

---

**PARTIAL JUDGMENT**

Based on the Order of March 11, 2002, this Court hereby enters partial judgment dismissing the complaint with prejudice against co-defendants Jorge Rivera Rodríguez and Antonia Rivera Franco.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of March 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge