IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR M. PEREZ BERMUDEZ, ET AL

    Plaintiffs

    v.

HECTOR LOPEZ RIVERA, ET AL

    Defendants

CIVIL NO. 97-2049 (JAG)

**ORDER**

The Court hereby refers this case to Judge Robert Ward for mediation, to be scheduled as Judge Ward deems appropriate.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of March 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge