UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: March 22, 2002

| | |
|---|---|
| VICTOR M. PEREZ-BERMUDEZ ET AL | |
| Plaintiffs | |
| VS | Civ.97-2049 (JAG) |
| HECTOR LOPEZ-RIVERA, ET AL | |
| Defendant | |

This case is hereby scheduled for mediation before Robert J. Ward on April 2, 2002 at 11:00 A.M.

COURTROOM DEPUTY CLERK

Parties to be notified.