# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                    Date:  March 27, 2002

| | |
|---|---|
| VICTOR M. PEREZ-BERMUDEZ, et al | * |
| Plaintiffs | * |
| v. | *   CV 97-2049 (JAG) |
| HECTOR LOPEZ, et al | * |
| Defendants | * |

By Order of the Court the parties oral motion for continuance of the settlement conference set before Hon. Robert J. Ward for April 2, 2002, is granted. The settlement conference is hereby reset for **Thursday, April 4, 2002, at 4:00 P.M.** This proceeding will be held before Hon. Robert J. Ward.

_____
Lida Isis Egele
Courtroom Deputy

s/c:   Miguel Calderón Rivera
       Harry Segarra Arroyo