UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS:**                       DATE: JULY 24, 2002
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-2049(JAG)
========================================================================

VITOR PEREZ BERMUDEZ                    Attorneys: HARRY SEGARRA

                VS

HECTOR LOPEZ RIVERA                     MIGUEL CALDERON

Case called for pretrial settlement conference. Court informs the attorney for defendant that he never answered the order to show cause and has not filed his part of the pretrial conference. Court informs that the only defendant left in the case is Hector Lopez Rivera. Attorney for defendant after expressing his excuses to the Court requests until Monday to file his part of the pretrial order.

Court strikes from the plaintiff's witness list the following witnesses: Antonia Rivera Franco and Leticia Rivera Rangel; plaintiff's exhibits 1 and 2 are stricken. Defendant will not be presenting any witnesses.

Jury selection will be held before Magistrate Gelpi on August 12, 2002 at 9:30 AM and after that the trial will commence.

Jury instructions, proposed voir dire and joint statement of the case are to be filed by August 5, 2002.

Parties to be notified.

                                        _____
                                        Lily Alicea-Courtroom Deputy

s/cs
Jury Clerk
Magistrate Gelpi & Courtroom Deputy

