# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2002 AUG -6 PM 12: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

VICTOR M. PEREZ BERMUDEZ, ET AL

   **Plaintiff(s)**

            **v.**                           **CIVIL NUMBER:** 97-2049 (JAG)

HECTOR LOPEZ RIVERA, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/17/02<br>**Title:** Notice and Motion<br>**Docket:** 67<br><br>[x] **Plffs**    [ ] **Defts**    [ ] **Other** | **MOOT.** Pretrial Conference was held. See Minutes of Conference of July 24, 2002. |

Date:  August 1, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

